

**THE LAW OFFICE OF CHRISTIAN MARTINEZ, PLLC**

July 16, 2024

Via E-Courts
United States District Court
Southern District

RE:    American Office Services, Inc et al v. EBF Holdings, LLC Order
       1:24-cv-05010-JMF

Honorable ~~Magistrate~~ Judge Jesse M. Furman

The Law Office of Christian Martinez represents the Plaintiff in this matter.  Mr Christian Martinez is away on a family vacation until July 24, 2024. We kindly request the court grant us a brief postponement of one week of the deadline to submit the requested documents.

We thank the Honourable Court in advance for its consideration of this request, and as always, remain available.

THE LAW OFFICE OF CHRISTIAN MARTINEZ
PLLC

9176270139

MartinezlawFsq.com

PO Box 3 Chester New York

Application GRANTED.  Plaintiffs' deadline to amend their complaint pursuant to the Court's July 15, 2024 Order, *see* ECF No. 6, is hereby extended through and until **July 29, 2024**.  The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

July 16, 2024